**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:98-cr-00035-HDM-RJJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BRET ALLEN HUDSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Before the court is the defendant's second request to waive the $3,500 fine and $585 in restitution imposed at his sentencing on September 14, 1998 (#152).

Absent a petition by the government, the court lacks jurisdiction to remit a fine imposed as part of a criminal sentence. *See* 18 U.S.C. § 3573; *United States v. Gonzalez*, 248 F.3d 1128 (1st Cir. 2000) (unpublished disposition); *United States v. Linker*, 920 F.2d 1, 1-2 (7th Cir. 1990); *United States v. Benally*, 2009 WL 1286014, at *1-2 (D. Ariz. 2009). The court also lacks authority to waive the mandatory restitution imposed in this case under the Mandatory Victims Restitution Act. *See* 18 U.S.C. §

1

3663A; *United States v. Roper*, 462 F.3d 336, 337-40 (4th Cir. 2006); *United States v. Ammons*, 2011 WL 1060601, at *1 (W.D.N.C. 2011).  Accordingly, the defendant's motion (#152) is **DENIED**.

   **IT IS SO ORDERED.**

   DATED: This 17th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE