**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:98-cr-00035-HDM-RJJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BRET ALLEN HUDSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The defendant has filed a "motion for modification of conditions" under 18 U.S.C. § 3583(e)(2) (#154). The motion does not actually seek modification of the conditions of supervised release as contemplated by § 3583(e)(2). Rather, defendant seeks reduction of his term of imprisonment on the grounds that the sentence exceeds the maximum authorized by law. Defendant's motion is therefore not a motion for modification of conditions of release, but instead is more properly characterized as a motion for correction of sentence pursuant to 28 U.S.C. § 2255. Defendant has over the years filed several motions either directly under § 2255 or cognizable under § 2255. The motion therefore amounts to a

1

successive § 2255 motion, and successive § 2255 motions may not be filed except under "limited circumstances." *Dodd v. United States*, 545 U.S. 353, 359 (2005).  Defendant has not shown any of those circumstances exist.  *See* 28 U.S.C. § 2255(h).  The motion (#154) is accordingly **DENIED**.

   **IT IS SO ORDERED**.

   DATED: This 6th day of August, 2012.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE

2