**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:98-cr-00035-HDM-RJJ |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| BRET ALLEN HUDSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Before the court is the defendant's application to proceed *in forma pauperis* on appeal (#159). Federal Rule of Appellate Procedure 24(a) allows a "party who was . . . determined to be financially unable to obtain an adequate defense in a criminal case" to "proceed on appeal *in forma pauperis* without further authorization." However, *in forma pauperis* status may be revoked if the district court certifies in writing that the appeal is not taken in good faith. 28 U.S.C. § 1915(a)(3). The court hereby certifies that defendant's appeal is frivolous and not taken in good faith. Defendant's motion to proceed *in forma pauperis* on appeal (#159) is therefore **DENIED**.

DATED: This 27th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE